```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: November 29, 2010



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-29454

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Karin Lee Jackson<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>  vs.<br><br>Karin Lee Jackson, Debtor; Brian J. Mullen, Trustee.<br><br>      Respondents | No. 2:09-bk-03717-SSC<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #14) |

      On this day came on for consideration, Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

      418 S. Sunrise Dr.
      Gilbert AZ 85233

and legally described as:

Lot 3D, SEAWYNDS, according to Book 286 of Maps, Page 28, records of Maricopa County, Arizona, and Affidavit of Correction recorded October 8,1985 in Document No. 85-478547.